1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272
5

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA      )  Case No. 1:05-cr-00270 AWI
                                  )
12                 Plaintiff,     )  STIPULATION AND
                                  )  ORDER FOR CONTINUANCE
13           v.                   )
                                  )
14  RAUL MONTES-CASTRO,           )
                                  )
15                 Defendant.     )
    _____)
16

17       IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18  United States Attorney and Marianne A. Pansa, Assistant U.S.

19  Attorney and Marc Ament, attorney for defendant, Raul Montes-

20  Castro, that the Status Conference currently scheduled for

21  November 14, 2005 at 9:00 a.m. be continued to November 28, 2005

22  at 9:00 a.m. The parties agree that time shall be excluded

23  beginning on November 7, 2005 until the next hearing date in the

24  interest of justice and for effective defense preparation

25  ///

26  ///

27  ///

28  ///

1   pursuant to 18 U.S.C. §§ 316(h)(8)(A), 3161(h)(8)(B)(I), and

2   316(h)(8)(B)(iv).

3

4

5   Dated: November 7, 2005            Respectfully submitted,

6

7                                      McGREGOR W. SCOTT

8                                      United States Attorney

9

10

11                              By    /s/ Marianne A. Pansa

12                                     MARIANNE A. PANSA

13                                     Assistant U.S. Attorney

14

15  Dated: November 7, 2005             /s/ Marc Ament

16                                     MARC AMENT

17                                     Attorney for Defendant

18                                     RAUL MONTES-CASTRO

19     IT IS SO ORDERED.

20  **Dated:   November 8, 2005**          **/s/ Anthony W. Ishii**
    0m8i78                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28