DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL MONTES-CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>RAUL MONTES-CASTRO,<br><br>    *Defendant*. | NO. 1:05-cr-0270 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON<br><br>Date: March 20, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for January 23, 2006 may be continued to **March 20, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further defense preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

Stipulation and Proposed Order

1  ///

|   |   |   |   |
|---|---|---|---|
| | | McGREGOR W. SCOTT | |
| | | United States Attorney | |

DATED: January 19, 2006           By:     /s/ Marianne A. Pansa
                                          MARIANNE A. PANSA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                          DENNIS S. WAKS
                                          Acting Federal Defender


DATED: January 19, 2006           By:    /s/ Marc C. Ament
                                          MARC C. AMENT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          RAUL MONTES-CASTRO


**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    January 20, 2006**                    /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE